P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff
THERESA BROOKE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WCH NAPA LLC,<br><br>　　　　　　Defendant. | Case No: 3:20-cv-05162-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear own costs and fees.

　　　RESPECTFULLY SUBMITTED this 12th day of November, 2020.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff
